CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 12 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| EDWARD JAMES EGAN, | ) | Civil Action No. 7:11-cv-00004 |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HON. GLEN CONRAD, | ) | By: Samuel G. Wilson |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that Egan's petition for habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**; Egan's motion to proceed in forma pauperis is **DENIED as moot**; and this action is hereby **STRICKEN** from the active docket of the court.

Further, finding that Egan has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 12th day of January, 2011.

_____
United States District Judge